IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON DEWORD DADE, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 3:04-cv-0989-R |
| | § | |
| DOUGLAS DRETKE, Director | § | |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division. | § | |
| | § | |
| Respondent. | § | |

## ORDER

United States Magistrate Judge Paul Stickney filed Findings, Conclusions and a Recommendation in this case on April 12, 2006. Petitioner, Jason Deword Dade, filed untimely objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge on May 25, 2005. The Court will consider those objections in the interest of justice. Petitioner objects to the Magistrate Judge's conclusion that the state courts did not unreasonably apply clearly established law when those courts found that (1) Petitioner had waived his right to allocution by failing to object at trial and (2) that his counsel was not ineffective by failing to object.

After reviewing Magistrate Stickney's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) along with Petitioner's objections to those findings, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are hereby **ADOPTED** as the findings of this Court. Petitioner's objections are hereby **OVERRULED** in their entirety.

1

**IT IS SO ORDERED**

**ENTERED: June 30, 2006**

_____
**HON. JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**