IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON DEWORD DADE, | ) | |
| TDCJ No. 1115939, | ) | |
| Petitioner, | ) | USDC No. 3:04-CV-0989-R |
| | ) | |
| v. | ) | USCA No. 06-10922 |
| | ) | |
| DOUGLAS DRETKE, | ) | |
| Respondent. | ) | |

## ORDER

On October 19, 2006, the Fifth Circuit Court of Appeals remanded this case to determine whether Petitioner delivered his notice of appeal to prison officials for mailing on or before July 31, 2006. Upon investigation, the Court was unable to determine what day Petitioner tendered his notice of appeal to prison officials. However, based upon the Findings, Conclusions and Recommendation of the United States Magistrate Judge, which are hereby adopted and incorporated by reference,

IT IS ORDERED that Petitioner is hereby GRANTED an extension of time until August 7, 2006 to file a notice of appeal. The Clerk of Court shall return this case to the Fifth Circuit Court of Appeals.

Copies of this order shall be transmitted to Petitioner, to Counsel for Respondent and to the Clerk of the Fifth Circuit Court of Appeals.

SO ORDERED this 16th day of April, 2007.

*Jerry Buchmeyer*

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE